

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| ALEX MERCADO (01) | 4-20CR-00370 |

### INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before July 2018 and continuing until in and around October 2018, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Alex Mercado**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment - Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ALEX MERCADO (01)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH                                                          FOREPERSON

Filed in open court this 12th day of February, 2020.

**Defendant on Pretrial Release.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:19-MJ-784-BJ (03)